JOHN H. CAVANAUGH, an Infant, by WILLIAM J. CAVANAUGH, His Guardian ad Litem, Respondent, *v.* PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

WILLIAM J. CAVANAUGH, Respondent, *v.* PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

(Argued June 16, 1932; decided July 19, 1932.)

*Harry C. Mizen* for appellant.

*Avery S. Wright, Leonard H. Amdursky* and *Francis D. Culkin* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG and CROUCH, JJ.